UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MILHOLLAND | Case No. 2:25-mj-00242-KFW |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ____ Crime of violence or a violation of 18 U.S.C. § 1591

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

_____

_____

      ii.  Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

         _X_ Defendant's appearance is required

         _X_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

  _X_ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

  ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to __3__ days.

5. Length of Detention Hearing. The United States will require _approximately 1_ hour to present its case for detention.

Date:  July 28, 2025					CRAIG M. WOLFF
							ACTING UNITED STATES ATTORNEY


							*/s/ Anne K. Yereniuk*
							Assistant United States Attorney
							United States Attorney's Office
							100 Middle Street
							Portland, ME 04101
							(207) 780-3257
							Anne.Yereniuk@usdoj.gov